UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSEPH LEONARD,

    **Plaintiff,**

  v.                                                         Civil Action 2:25-cv-716
                                                                            Judge Algenon L. Marbley
                                                                            Magistrate Judge Chelsey M. Vascura

WINN WINN CAFE, *et al.*,

    **Defendants.**

## ORDER

    This matter is before the Court on Plaintiff's Motion for Leave to File First Amended Collective and Class Action Complaint (ECF No. 12). No party has filed a memorandum in opposition to the Motion and the time to do so has now expired. Accordingly, the Court considers the Motion to be unopposed. For good cause shown, the Motion (ECF No. 12) is **GRANTED** pursuant to Federal Rule of Civil Procedure 15(a)(2). The Clerk is **DIRECTED** to file on the docket Plaintiff's First Amended Complaint, attached to the Motion as Exhibit 1 (ECF No. 12-1). The Clerk is further **DIRECTED** to terminate as moot Defendants' Motion to Dismiss Plaintiff's original Complaint (ECF No. 5).

    **IT IS SO ORDERED.**

                                                                          /s/ *Chelsey M. Vascura*
                                                                          CHELSEY M. VASCURA
                                                                          UNITED STATES MAGISTRATE JUDGE